96 F.3d 1432
 Richard Hoffman
v.
SCIP Superintendent Domovich, SCIP Treatment Team Staff
Members, SCIP InMate Prisoner Counselors, SCIP Hospital and
Medical Staff, SCIP Inmate Records Officer, All Persons
Acting For as Agents Therewith, Pittsburgh Medical Center
a/k/a Central Medical, U.S. Judge Maurice Cohill, All U.S.
Judges, Magistrates, Clerk of Courts of U.S. Western
 NO. 96-3649
 United States Court of Appeals,
Third Circuit.
 Aug 07, 1996
 
 Appeal From: W.D.Pa., No. 94-cv-00161,
 Bloch, J.
 
 
 1
 AFFIRMED.